UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAJ MALOSH, KAMALA MALOSH,
KARL ILG, KATRINA BLOOM, and
THERESA BRENNAN,

          Plaintiffs,

Case No 98-72564
Honorable AVERN COHN
Magistrate Judge Scheer

-vs-

STRIKERS', INC
d/b/a GENERATIONS PUB and GRUB,
LEONARD RITTENBERRY, ARNOLD BIRCHFIELD,
and TERRY POLING,

          Defendants

---

GEORGE B WASHINGTON (P26201)
Attorney for Plaintiffs

MATTHEW L TUCK (47028)
Atty for Co-Defendants Rittenberry,
Birchfield, and Poling

SCOTT L FEUER (P38185)
Attorney for Defendant Generations Pub
1471 S Woodward Avenue, Suite 200
Bloomfield Hills, Michigan 48302-0556
(248) 335-5450, Ext 219

---

### STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the above entitled cause be and the same is hereby dismissed against **all** Defendants, Strikers', Inc d/b/a Generations Pub and Grub, Leonard Rittenberry, Arnold Birchfield, and Terry Poling, with prejudice and without costs

George B Washington (P26201)
Attorney for Plaintiffs
One Kennedy Square-Suite 2137
Detroit, MI 48226
(313) 963-1921

Matthew L Tuck (P47028)
Atty for Defts Rittenberry, Poling and Birchfield
12 Lincoln St
Mt Clemens, MI 48043-5536
(810) 783-8800

KALLAS & HENK, P C

Scott L Feuer (P38185)
Atty for Defendant Generations Pub
1471 S Woodward Ave , Suite 200
Bloomfield Hills, MI 48302-0556
(248) 335-5450, Ext 219



## ORDER OF DISMISSAL

At a session of said Court held in the Courthouse, in the City of Detroit, County of Wayne, State of Michigan, on _____ JUN 06 2000 _____, 2000

PRESENT   HONORABLE AVERN COHN
U S DISTRICT COURT JUDGE

Upon the reading and filing of the above Stipulation of the parties, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the above entitled cause be and the same is hereby dismissed against all Defendants, Strikers', Inc d/b/a Generations Pub & Grub, Leonard Rittenberry, Arnold Birchfield, and Terry Poling, with prejudice and without costs

**THIS ORDER RESOLVES ALL PENDING CLAIMS AND CLOSES THIS CASE.**

HON  AVERN COHN
DISTRICT COURT JUDGE